```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
J.V. and S.V., and o/b/o N.V., a minor,  :
                              Plaintiffs,:
                                         :   09 Civ. 5217 (DLC)
              -v-                        :
                                         :      ORDER OF
NEW YORK CITY DEPARTMENT OF EDUCATION,   :   DISCONTINUANCE
                              Defendant. :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         July 27, 2009

                              _____
                                     DENISE COTE
                              United States District Judge